# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY C. URASHI | Case No.: 09-cv-8949 FFM |
| Plaintiff, | [~~PROPOSED~~] ORDER OF JUDGMENT |
| vs. | |
| ALLIED INTERSTATE, INC. | |
| Defendant. | |

Pursuant to the terms of the Offer of Judgment Accepted by Plaintiff, it is hereby ordered that judgment be entered in favor of Plaintiff, KIMBERLY C. URASHI, and against Defendant, ALLIED INTERSTATE, INC., in the sum of $2,750.00 of which $400.00 represents damages to Plaintiff, $2,000.00 represents Plaintiff's incurred attorneys' fees and $350 represents Plaintiff's costs of filing the complaint.

**IT IS SO ORDERED.**

Date: February 22, 2010                    By: _/S/ FREDERICK F. MUMM____

                                           Hon. United States District Court Judge